1

2

3

HONORABLE RONALD B. LEIGHTON

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

UNITED STATES OF AMERICA,)

11

                    )

        Plaintiff,    )   No. CR 07-5621 RBL

12

                    )

        v.        )   ORDER EXTENDING TIME

13

                    )   TO FILE OPENING BRIEF

ALYSHA BIBBS,      )

14

                    )

       Defendant.   )

15

_____)

16

     THIS MATTER having come before the Court on motion of the

17

Defendant for an extension of the time to file the opening

18

brief, the Court having reviewed the declaration of counsel for

19

the Defendant, now, therefore, it is hereby:

20

     ORDERED that the opening brief of the Defendant shall be

21

filed by April 14, 2008.  The government's opposition brief

22

shall be filed by April 28, 2008, and the (optional) reply brief

23

24

25

ORDER
1

**Keith A. MacFie**
**Attorney at Law**
**711 S. Commerce St., Ste. 210**
**Tacoma, WA 98402**
**253-627-6911**

1

2

3

shall be filed by May 5, 2008.   This matter will be ripe for

4

decision on May 5, 2008.

5

        Dated this 28th day of February, 2008.

6

7

8

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

9

10

11

12

13  ..                                                                    .

14

15

16

17

18

19

20

21

22

23

24

25

ORDER
2